**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Naeemah Clark
Ext. 361
nclark@westermanllp.com

April 18, 2019

**By ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>Seth Kanegis v. Ishita Ganguly, CV 18-1447 (JBW)(JO)</u>

Dear Judge Orenstein:

As you will remember, this law-firm represents the plaintiff Seth Kanegis.

Please be advised that the parties have settled this matter. I write to request that Your Honor "So Order" the Consent Judgment executed by the parties that is being e-filed with this letter.

Thank you in advance for consideration of this request.

Sincerely,

*Naeemah Clark*
Naeemah Clark

cc:    Jeffrey A. Miller, Esq.
       Frank J. Livoti, Esq. (counsel for defendant) (*via ECF*)